# UNITED STATES DISTRICT COURT

for the

District of Montana

**FILED**

AUG 26 2019

Clerk, U.S. Courts
District Of Montana
Billings Division

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A white 2002 Dodge Grand Caravan with Montana license plate 3-14342D and Vehicle Identification Number 1D4GP24R45B362264

Case No. MJ-19-65-BLG-TJC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
A white 2002 Dodge Grand Caravan with Montana license plate 3-14342D and Vehicle Identification Number 1D4GP24R45B362264. It is currently located at the Billings PD evidence facility at 4845 Midland Rd, Billings, MT.

located in the _____ District of ___Montana___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment A for a list of items to be searched for and seized, which is incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C.§ 841(a)(1) and | Distribution or Possess with Intent Distribute a Controlled Substance |
| 18 U.S.C.§ 924 (c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

The application is based on these facts:
The accompanying affidavit is incorporated as if fully restated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

FBI TFO Michael S. Robinson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8-26-19

City and state: Billings, Montana

*Judge's signature*

Hon. Timothy J. Cavan, U.S. Magistrate Judge
*Printed name and title*